**UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

No. 01-41093

GARY CHAFFIN

                                        Plaintiff - Appellant,

versus

ROWAN COMPANIES, INCORPORATED

                                        Defendant - Appellee.

Appeal from the United States District Court
For the Eastern District of Texas
(No. 1:00-CV-206)

July 22, 2002

Before Judges WIENER, EMILIO M. GARZA and PARKER, Circuit Judges.

PER CURIAM:[*]

    AFFIRMED.  *See* 5TH CIR. R. 47.6.

---

  [*]  Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.